**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **TAMMY S. NICHOLSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FRANK BISIGNANO, Commissioner of Social Security,**<br><br>**Defendant.** | **Case No. 3:26-CV-00397-NJR** |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Before the Court is the parties' Joint Motion to Remand to the Commissioner. (Doc. 18). The parties ask the Court to remand this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (*Id.*). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

The parties agree that, upon receipt of the Court's order, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ) decision and remand the matter to the ALJ. On remand, the ALJ will offer Plaintiff opportunity for a hearing; take further action to complete the administrative record; reevaluate Plaintiff's symptoms; and issue a new decision.

For good cause shown, the Joint Motion to Remand to the Commissioner (Doc. 18)

is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED: October 8, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**